1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6        **EASTERN DISTRICT OF CALIFORNIA**

7

8    **JOSE ACOSTA,**                          **CASE NO. 1:16-CV-971 AWI SKO**

9                    **Plaintiff**

10       **v.**                                **ORDER CLOSING CASE IN LIGHT OF**
                                               **NOTICE OF VOLUNTARY DISMISSAL**
11   **JOSEFINA MARIA MOTA, et al.,**          **WITH PREJUDICE**

12                   **Defendants**            (Doc. No. 11)

13

14

15       On October 25, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice.  See

16   Doc. No. 11.

17

18       Rule 41(a)(1), in relevant part, reads:

19       (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
         notice of dismissal before the opposing party serves either an answer or a motion
20       for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
         have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
21       dismissal is without prejudice.

22   The filing of a notice of voluntary dismissal with the court automatically terminates the

23   action as to the defendants who are the subjects of the notice.  Wilson v. City of San Jose,

24   111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

25

26       Here, no answers to Plaintiff's complaint and no motions for summary judgment have been

27   filed in this case, and it appears that no such documents have been served.  Because Plaintiff has

28

exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.


IT IS SO ORDERED.

Dated:   October 26, 2016

SENIOR  DISTRICT  JUDGE

2